**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-2300**

MY'KA EL,

          Plaintiff - Appellant,

     v.

R. REESE, Officer,

          Defendant - Appellee,

     and

CHARLOTTE MECKLENBURG POLICE DEPARTMENT; M. SULLIVAN, Officer; S. SELOGY, Officer; MEYERS, Officer; AGAPE, Officer; K. S. KODAD, Officer; ISSAC, Officer; AIRTONE, Lieutenant; S. MOBLEY; T. MOORE; T. WILSON; J. FLETCHER, Officer; J. PARKER; P. MOORE; L.B. DIGGS; B. BUTLER; NURSE GREEN, Sergeant; M. W. WOMBLE; M. T. RETORT; B. SCAREY; T. CASTANO; STOUTS, Sergeant; R. MONROE; J. H. FRISON; R. BURNETT; BRADON JOLLY, North Carolina State Trooper; W. L. CANTER; COOPER JERRELL, Mecklenburg County Sheriff; EASON; STREET, Sergeant; GANT, Sergeant; HOOD, Officer; R. CHAPMAN, Mecklenburg County Magistrate,

          Defendants.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert J. Conrad, Jr., District Judge. (3:16-cv-00051-RJC-DCK)

Submitted: February 15, 2018                Decided: February 16, 2018

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

My'Ka El, Appellant Pro Se. Daniel Edward Peterson, CITY ATTORNEY'S OFFICE, Charlotte, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

My'Ka El appeals the district court's February 28, 2017, order denying relief on his 42 U.S.C. § 1983 (2012) complaint. El previously appealed the district court's order, and we affirmed the judgment on appeal. *El v. Reese*, 694 F. App'x 160 (4th Cir. 2017) (No. 17-6397). Because we previously have affirmed the district court's order, we dismiss the instant appeal as duplicative and untimely. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*
